MILTON J. KRAMER, Respondent, v. THE BANK OF UNITED STATES and Another, Respondents, and BESSIE K. COHEN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.